# First District Court of Appeal
## State of Florida

_____

No. 1D2025-1305

_____

GCG, LLC,

    Appellant,

v.

HIGHLAND PSJ, LLC and
HIGHLAND PSJ 2, LLC,

    Appellees.

_____

On appeal from the Circuit Court for Gulf County.
Devin D. Collier, Judge.

August 11, 2026

PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Patrick Dickey of The Law Offices of Michael P. Dickey, PLLC, Panama City, for Appellant.

Jerrell A. Breslin and Jonathan Noah Schwartz of Schwartz Breslin, PLLC, Miami, for Appellees.